UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JERALD JENKINS,

    Plaintiff,

v.                                      Case No. 3:20cv192-LC-HTC

ESCAMBIA COUNTY JAIL,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 18,2020 (ECF No. 7). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation (ECF Doc. 7) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915A(b)(1) as malicious for Jenkin's abuse of the judicial process.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 17th day of March, 2020.

    s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**